THE PEOPLE OF THE STATE OF NEW YORK ex rel.
C. ROCKLAND TYNG, Appellant, *v.* WILLIAM A.
PRENDERGAST, as Comptroller of the City of New
York, et al., Respondents.

*People ex rel. Tyng* v. *Prendergast,* 178 App. Div. 895, affirmed.
(Argued October 4, 1917; decided October 23, 1917.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
May 8, 1917, which affirmed an order of Special Term
denying a motion for a writ of mandamus to compel
the board of taxes and assessments of the city of New
York to prepare a payroll for the month of May, 1916,
placing thereon the relator's salary as secretary of the
said board of taxes and assessments, at the rate of $4,500
per annum; the board of civil service commissioners of
said city to certify the said payroll, and the comp-
troller of the said city to pay to this relator the said
salary. The relator is a veteran of the Civil War, being
an honorably discharged soldier of the United States
army. In June 1911, his salary as secretary to the board
of taxes and assessments of the city of New York was
fixed at $4,500. In the budget for the year 1916 his
salary was reduced to $3,500.

*Robert L. Luce* for appellant.

*Lamar Hardy, Corporation Counsel* (*Terence Farley*
of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN,
CARDOZO, MCLAUGHLIN and CRANE, JJ.